UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| James F. Lemon, | ) |
| Plaintiff(s) | ) ) ) ) |
| vs. | ) ) ) |
| Anthem Blue Cross and Blue Shield, | ) ) ) |
| Defendant(s) | ) |

Case No. 4:12cv01324 FRB

**ORDER**

The above styled and numbered case was filed on July 24, 2012 and randomly assigned to the Honorable Frederick R. Buckles , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.   The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Mary Ann Medler, United States Magistrate Judge, under cause number 2:12cv00054.   **IT IS FURTHER ORDERED** that cause number. 4:12cv01324 FRB be administratively closed.

Dated this 25th Day of July, 2012.            JAMES G. WOODWARD

                                                                            By: /s/ Karen Moore
                                                                            Deputy Clerk

**Please note the new case number: 2:12cv00054 MLM.**