UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| James F. Lemon,<br><br>Plaintiff(s)<br><br>vs.<br><br>Anthem Blue Cross and Blue Shield,<br><br>Defendant(s) | Case No. 4:12cv01324 FRB |

## **ORDER**

The above styled and numbered case was filed on July 24, 2012 and randomly assigned to the Honorable Frederick R. Buckles, United States Magistrate Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Mary Ann Medler, United States Magistrate Judge, under cause number 2:12cv00054. **IT IS FURTHER ORDERED** that cause number. 4:12cv01324 FRB be administratively closed.

Dated this 25th Day of July, 2012.        JAMES G. WOODWARD

By: /s/ Karen Moore
Deputy Clerk

**Please note the new case number: 2:12cv00054 MLM.**